BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re Atrium Medical Corp. C-Qur* | ) |
| *Mesh Products Liability Litigation* | ) |
| MDL No. 2753 | ) |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Panel Rule 7.1(a), the undersigned counsel hereby notifies the Clerk of the Panel that the case listed on the attached Schedule of Actions is a potential "tag-along action" as defined by Panel Rule 1.1(h)(2) that should be transferred, pursuant to 28 U.S.C. § 1407, to the United States District Court for the District of New Hampshire for inclusion in *In re Atrium Medical Corp. C-Qur Mesh Products Liability Litigation*, MDL 2753 (Hon. Landya B. McCafferty).

Dated: December 22, 2020

Respectfully submitted,

*/s/ Jason C. Chambers*
Jason C. Chambers
HOLLIS LAW FIRM, PA
8101 College Blvd, Suite 260
Overland Park, KS 66210
Phone: (913) 385-5400
Fax:    (913) 385-5402
Email: Jason@HollisLawFirm.com
*Attorneys for Plaintiffs*
*David and Barbara Johnson*